UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CEDRIC BISHOP,

                Plaintiff,

    - against -

JP ECOMMERCE, INC.,

                Defendant.

24-cv-5985 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **November 6, 2024**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
            September 13, 2024

                                              John G. Koeltl
                                    United States District Judge