UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CEDRIC BISHOP,

                Plaintiff,        24-cv-5985 (JGK)

   - against -               ORDER

JP ECOMMERCE, INC.,

                Defendant.

---

**JOHN G. KOELTL, District Judge:**

    The plaintiff filed this action on August 6, 2024. ECF No. 1. On September 13, 2024, the Court ordered the parties to discuss settlement and provide an update by November 6, 2024. ECF No. 4. The Court warned that failure to notify the Court by that date may result in dismissal without prejudice. Id.

    No status update has been filed to date. Moreover, the plaintiff failed to serve the summons and complaint within ninety (90) days of filing in violation of Rule 4(m) of the Federal Rules of Civil Procedure.

    The time for the plaintiff to serve the summons and the complaint and for the parties to submit a status report is extended to **November 19, 2024.**

If the plaintiff does not serve the summons and complaint or fails to submit a status report by **November 19, 2024**, this case will be dismissed without prejudice.

SO ORDERED.

Dated:   New York, New York
         November 7, 2024

_____
John G. Koeltl
United States District Judge