```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――

CEDRIC BISHOP,

                Plaintiff,        24-cv-5985 (JGK)

    - against -                  ORDER

JP ECOMMERCE, INC.,

                Defendant.

―――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The plaintiff filed this action on August 6, 2024. ECF No. 1. On September 13, 2024, the Court ordered the parties to discuss settlement and provide an update by November 6, 2024. ECF No. 4. The Court warned that failure to notify the Court by that date may result in dismissal without prejudice. Id.

    On November 7, 2024, the Court noted that no status update had been filed, and moreover, that the plaintiff failed to serve the summons and complaint within ninety (90) days of filing in violation of Rule 4(m) of the Federal Rules of Civil Procedure. ECF No. 5. By order, the Court extended the time for the plaintiff to serve the summons and the complaint and for the parties to submit a status report to **November 19, 2024.** Id.

    To date, the plaintiff has not filed proof that the plaintiff has served the summons and complaint. The parties have

also failed to submit any status report. Accordingly, this case is **dismissed without prejudice** for failure to prosecute.

The Clerk is directed to enter judgment and to close the case.

SO ORDERED.

Dated: New York, New York
November 20, 2024

_____
John G. Koeltl
United States District Judge