**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CEDRIC BISHOP,

                      Plaintiffs,

    -against-                                         24 **CIVIL** 5985 (JGK)

                                                       **JUDGMENT**

JP ECOMMERCE, INC..,

                      Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 20, 2024, this case is dismissed without prejudice for failure to prosecute. Accordingly, the case is closed.

**Dated:**  New York, New York

      November 20, 2024

                                                      **DANIEL ORTIZ**
                                                    **Acting Clerk of Court**

                         **BY:**
                                                    _____
                                                           **Deputy Clerk**